# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2332
_____

RAYMOND P. LOWMAN,

    Appellant,

v.

KENNETH K. LOWMAN &
RODNEY L. LOWMAN,

    Appellees.

_____

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

October 5, 2018

PER CURIAM.

    DISMISSED.

WOLF, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Heather F. Lindsay of Lindsay & Lindsay, P.A., Milton, for Appellant.

No appearance for Appellees.